IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE MONIQUE QUINONES,<br>    aka SHAWN SHANNON QUINONES,<br><br>           Plaintiff,<br><br>    v.<br><br>RONI IRVIN, et al,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:23-CV-31<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on February 13, 2023. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, a transgendered inmate, filed four separate motions for temporary injunctive relief. ECF Nos. 16, 28, 38, and 41. On November 30, 2023, Chief Magistrate Judge Lanzillo issued a Report and Recommendation recommending that all four motions be denied because they are unrelated to the underlying claims in the amended complaint. ECF No. 50. No Objections to the Report and Recommendation have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the amended complaint, motions, and documents in the case, together with the report and recommendation, the following order is entered:

1

AND NOW, this 20th day of December 2023;

IT IS ORDERED that the motions for preliminary injunctive relief [ECF Nos. 16, 28, 38, and 41] and motions for temporary restraining orders [ECF Nos. 38 and 41] are denied.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge