IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICHOLE MONIQUE QUINONES,** ) <br>    aka **SHAWN SHANNON QUINONES,** ) <br>       **Plaintiff,** ) <br> ) <br>       v. ) <br> ) <br> **RONI IRVIN, et al,** ) <br>       **Defendants.** ) | Case No. 1:23-CV-31 |

**MEMORANDUM ORDER**

On August 15, 2024, Chief Magistrate Judge Lanzillo issued a Report and Recommendation recommending that Defendants' motion for summary judgment be granted and that this case be closed. ECF No. 93. After several extensions of time, Plaintiff filed Objections to that Report and Recommendation. ECF No. 103. In her Objections, Plaintiff references unnamed claims other than "those based on the sexual harassment and verbal abuse or the sexual and physical abuse." Despite stating that she would "double-back and re-address those" claims that she argues were not addressed by Judge Lanzillo, she did not. In the interests of fairness to this pro se litigant, Plaintiff will be allowed to supplement her objections.

AND NOW, this 12th day of November 2024;

IT IS ORDERED that Plaintiff may supplement her Objections to the Report and Recommendation by December 5, 2024. Plaintiff must identify her legal claims not addressed in the Report and Recommendation. No further extensions of time will be granted without the showing of good cause.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

1