**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICHOLE MONIQUE QUINONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:23-CV-31** |
| | ) | |
| **RONI IRVIN, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on February 13, 2023. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In this ongoing litigation, Plaintiff filed a "Motion for Judicial Intervention" [ECF No. 111] seeking a separation from fellow inmate Tyree Sanders.

Judge Lanzillo heard argument on the motion, construed it as a motion for preliminary injunctive relief, and issued a Report and Recommendation recommending that Plaintiff's request be denied. ECF No. 121. Defendants filed partial Objections to explain some confusion arising at the hearing regarding two individuals named Tyree Sanders. ECF No. 122. Thereafter, Judge Lanzillo supplemented his Report and Recommendation. ECF No. 123. Plaintiff did not file Objections to either the Report and Recommendation or the Supplement.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866

F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1). Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the Motion for Judicial Intervention, together with the Report and Recommendation and Supplement thereto, the following order is entered:

AND NOW, this 30th day of September 2026;

IT IS ORDERED that the Motion for Judicial Intervention [ECF No. 111] is denied.

IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on September 30, 2025 [ECF No. 121] is adopted as the opinion of the court. This Court further notes that Plaintiff has been moved to federal custody and is no longer housed with Tyree Sanders.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge